**88-2034.** State v. Brown. *Montgomery County,* No. CA 10327. On motion for leave to file memorandum in opposition instanter. Motion granted. On motion for leave to file delayed appeal. Motion granted.

Moyer, C.J., Wright and Resnick, JJ., dissent.

**88-2060.** State v. Sandlin. *Warren County,* No. CA87-12-107. On motion for leave to file delayed appeal. Motion granted.

Moyer, C.J., Wright and Resnick, JJ., dissent.

**88-2103.** Herring v. Robertson. *Mahoning County,* No. 88 C.A. 94. On motion for leave to consolidate with 88-1946, *Herring v. Robertson,* Mahoning County No. 88 C.A. 94. Motion granted.

**88-2156.** State v. Kadri. *Tuscarawas County,* No. 88AP080059. On motion for leave to file delayed appeal. Motion granted.

Wright and Resnick, JJ., dissent.